UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOUGLAS E. SHIELDS,        )          3:18-cv-00031-MMD-WGC
       Plaintiff,          )
                                    )          **ORDER**
      vs.                      )          Re: ECF No. 43
                                    )
RENEE BAKER, *et al.*,     )
       Defendants.        )
_____)

Before the court is Plaintiff's Motion for a Stipulation to the Scheduling Order (ECF No. 43). The court interprets Plaintiff's filing as a motion to revise certain deadlines contained in the court's scheduling order (ECF No. 31). Although the rationale set forth in Plaintiff's motion for revising the scheduling order is somewhat difficult to interpret, it appears Plaintiff seeks additional time to complete discovery to ascertain the identity of certain "Doe" defendants.[1]

The court finds it is appropriate to revise certain of the deadlines contained in the current scheduling order. However, the court is not inclined to follow the sequencing proposed by Plaintiff, i.e., that he be allowed to file an amended complaint thirty days *after* the discovery deadline. The trouble with this sequence is that the deadline for dispositive motions typically follows thirty days after the discovery deadline, which would not allow resolution of any amendments Plaintiff may seek. Therefore, new deadlines are imposed as follows:

---

[1] *See* Screening Order, ECF No. 7 at pp. 13-14, allowing certain Plaintiff's claims to proceed "when Plaintiff learns their identity."

Discovery in this action shall be completed on or before **November 1, 2019.**
Motion to substitute parties shall be completed on or before **October 18, 2019**.
Motion to amend shall be completed on or before **October 18, 2019**.
Dispositive motions shall be filed and served no later than **December 6, 2019.**
The Joint Pretrial Order shall be filed no later than **January 6, 2020.** If a dispositive motion is filed, the Joint Pretrial Order shall be due **thirty (30)** days after a decision on the dispositive motion.

If Plaintiff merely seeks to substitute the name of a proposed Defendant in place of a Doe Defendant, Plaintiff shall file a "Motion to Substitute Parties," identifying which count the identified individual would be substituted for a Doe defendant per the court's Screening Order, ECF No. 7 at 13-14.

If, however, Plaintiff seeks to add new claims against an existing named and/or Doe defendant, in accordance with Fed. R. Civ. P. 15, Plaintiff would have to file a motion to amend his complaint. After the motion runs its course, the court would place Plaintiff's proposed amended complaint in line for screening, which, in view of the court's backlog of pending motions, may take a considerable period of time, during which current deadlines would be stayed. If any such amendment were permitted, new deadlines for discovery, amendments, dispositive motions, etc., would have to be imposed.

DATED: August 14, 2019.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE