UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOUGLAS E. SHIELDS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:18-cv-00031-MMD-WGC<br><br>ORDER |

*Pro se* Plaintiff Douglas E. Shields, who is currently incarcerated in the custody of the Nevada Department of Corrections, sued Defendants under 42 U.S.C. § 1983 for allegedly blocking his access to the chapel at Lovelock Correctional Center because he identifies as a member of the LGBTQ community, retaliating against him for filing grievances regarding his treatment when he tried to enter the chapel, and denying him due process in finding him guilty of certain disciplinary charges and transferring him to Ely State Prison. (ECF No. 1-2.) Shields proceeded to trial on the claims that survived summary judgment and the jury ultimately returned a defense verdict adverse to him. (ECF Nos. 180 (minutes of announcement of jury verdict), 181 (jury verdict), 184 (judgment).) Before the Court is the order of the United States Court of Appeals for the Ninth Circuit remanding this case for the limited purpose of considering Shields' Federal Rule of Civil Procedure 60(a) motion. (ECF No. 227.) As the Court indicated in its last order entered in this case (ECF No. 226), the Court will amend its judgment to add the defendants inadvertently omitted.

　　It is therefore ordered that the Court amends its prior judgments in this case as noted below.

The Clerk of Court is directed to add references to Ramon Olivas and Kelly Belanger to the judgment currently docketed at ECF No. 184 and add a reference to H. Byrne to the judgment currently docketed at ECF No. 178 under Rule 60(a).

DATED THIS 29th Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE